Judy C. Tsai (Bar # 158244)
Law Office of Judy Tsai
710 Lakeway Drive, Suite 180
Sunnyvale, CA  94085
Telephone: (408) 775-8848
Fax: (408) 775-8838

**Attorney for Defendants**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>        Plaintiff,<br><br>vs.<br><br>SYSK Investment, LLC, a California Limited Liability Company; Z&F Auto LLC, a California limited liability company; and DOES 1-10<br><br>        Defendants. | Case No.: 4:19-cv-06224-YGR<br><br>**ORDER GRANTING STIPULATION TO SET ASIDE DEFAULT AS TO SYSK INVESTMENT, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY**<br>*As Modified by the Court* |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff SCOTT JOHNSON and Defendants SYSK INVESTMENT, LLC a California Limited Liability Company ("SYSK") through their respective counsel, that the Clerk's Entry of Default entered on December 2, 2019 as to Defendant SYSK INVESTMENT, LLC a California Limited Liability Company shall be set aside (Dkt. 15). Defendant SYSK shall file an answer within seven (7) business days.

This Stipulation sets forth the entire agreement between the parties with respect to the matters addressed herein. It shall not be altered nor modified unless such alteration or modification is in writing and signed by all signatories hereto.

Order Granting Stipulation and ~~Order Thereon~~ - 1

Dated: December 16, 2019     _____/s/_____
                             Amanda Seabock
                             Counsel for Plaintiff, Scott Johnson

Dated: December 16, 2019     _____/s/_____
                             Judy C. Tsai
                             Counsel for Defendant,
                             SYSK INVESTMENT, LLC a California
                             Limited Liability Company

## ORDER

The Court having read and reviewed the foregoing Stipulation of the parties, and good cause appearing therefor,

IT IS SO ORDERED.

Dated: December 18, 2019     _____
                             Hon. Yvonne Gonzalez Rogers
                             ~~U.S. Magistrate Judge~~
                             United States District Judge