UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SCOTT JOHNSON**,<br><br>Plaintiff,<br><br>v.<br><br>**SYSK INVESTMENT, LLC, ET. AL.**,<br><br>Defendant. | Case No. 19-cv-06224-YGR<br><br>**ORDER DENYING AS MOOT PLAINTIFF'S REQUEST TO RETURN TO ACTIVE CALENDAR**<br><br>Re: Dkt. No. 26 |

Plaintiff Scott Johnson filed an amended notice of settlement on January 7, 2020, indicating that he and Z&F Auto LLC reached an agreement in this matter. (Dkt. No. 25.) Less than three weeks later, plaintiff filed a notice stating that, "[d]espite a good faith belief the matter had settled, and vigorous attempts to consummate the agreement, the settlement has fallen through. No settlement agreement has been executed and the parties have reached an impasse." (Dkt. No. 26 at 2.) Plaintiff attached a proposed order granting plaintiff's request to return the case to "the active calendar." (Dkt. No. 26-1 at 1.)

The Court clarifies that this case was and remains active: the Court did not vacate deadlines or take this case off any active calendar in light of the previous amended notice of settlement because the case remained pending against another defendant, SYSK Investment, LLC. Per the Clerk's Notice issued on January 6, 2020, an initial Case Management Conference is set for **Monday**, **February 3, 2020** at **2:00 p.m.** in Courtroom 1 of the United States Courthouse located at 1301 Clay Street in Oakland, California. (Dkt. No. 24.) The parties are reminded to comply with the Court's rules and the local rules regarding the filing of a Case Management Statement, which is due on or before **January 27, 2020**.

Accordingly, the request is **DENIED AS MOOT**. This Order terminates Docket Number 26.

**IT IS SO ORDERED.**

Dated: January 24, 2020

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**