CENTER FOR DISABILITY ACCESS
Raymond Ballister Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

JUDY C. TSAI (SBN: 158244)
judy@judytsai.com
LAW OFFICE OF JUDY TSAI
710 Lakeway Drive, Suite 180
Sunnyvale, CA 94085
Telephone: (408) 775-8848
Facsimile: (408) 775-8838
Attorney for Defendant
SYSK Investment, LLC

WILLIAM CARLOS LEET (SBN: 184845)
wcl@leetlaw.com
LEET LAW, AN ASSOCIATION OF ATTORNEYS
210 North Fourth Street, Suite 201
San Jose, CA 95112
Telephone: (408) 753-5486
Attorneys for Defendant
Z and F Auto, LLC

UNITED STATES DISTRICT COURT

IT IS SO ORDERED

*Yvonne Gonzalez Rogers*

Judge Yvonne Gonzalez Rogers

3/25/2020

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, <br><br>   Plaintiff, <br> v. <br><br> SYSK INVESTMENT, LLC, a California Limited Liability Company; Z&F AUTO LLC, a California Limited Liability Company; and Does 1-10, <br><br>   Defendants. | Case No.: 4:19-CV-06224-YGR <br><br> **JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)** |

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: March 23, 2020          CENTER FOR DISABILITY ACCESS


                               By:   /s/Amanda Lockhart Seabock
                                     Amanda Lockhart Seabock
                                     Attorneys for Plaintiff


Dated: March 23, 2020          LAW OFFICE OF JUDY TSAI


                               By:   /s/Judy C. Tsai
                                     Judy C. Tsai
                                     Attorneys for Defendant
                                     SYSK Investment, LLC


Dated: March 23, 2020          LEET LAW, AN ASSOCIATION OF ATTORNEYS


                               By:   /s/William Carlos Leet
                                     William Carlos Leet
                                     Attorneys for Defendant
                                     Z and F Auto, LLC

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Judy C. Tsai, counsel for SYSK Investment, LLC, and William Carlos Leet, counsel for Z and F Auto, LLC that I have obtained authorization to affix their electronic signature to this document.

Dated: March 23, 2020          CENTER FOR DISABILITY ACCESS


                               By:   /s/Amanda Lockhart Seabock
                                     Amanda Lockhart Seabock
                                     Attorneys for Plaintiff