UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson,** | Case No. 4:19-cv-06224-YGR |
| Plaintiff, | **ORDER GRANTING** |
| v. | **STIPULATED JUDGMENT** |
| **SYSK Investment, LLC, et al.;** | |
| Defendants. | **\*as revised by the Court \*\*** |

GOOD CAUSE SHOWN, and pursuant to the agreement of the parties, Judgment is entered in favor of Plaintiff and against Defendant Z & F Auto LLC, in the amount of ~~$16178.35~~ **$14,700.00**

Date: August 11, 2022

Hon. Yvonne Gonzalez Rogers
US DISTRICT JUDGE

1