**EJ-001**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, and State Bar number):* After recording, return to: |
|---|
| CENTER FOR DISABILITY ACCESS<br>Mark Potter, Esq., SBN 166317<br>100 Pine St., Ste 1250<br>San Francisco, CA 94111<br><br>TEL NO.: (858) 375-7385   FAX NO. (optional):<br>E-MAIL ADDRESS *(Optional):*<br>[X] ATTORNEY FOR   [X] JUDGMENT CREDITOR   [ ] ASSIGNEE OF RECORD |

**UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA**
STREET ADDRESS: 1301 Clay Street
MAILING ADDRESS: 1301 Clay Street
CITY AND ZIP CODE: Oakland, CA 94612
BRANCH NAME: Oakland Courthouse

FOR RECORDER'S USE ONLY

PLAINTIFF: Scott Johnson
DEFENDANT: SYSK Investment, LLC, et al.;

CASE NUMBER: 4:19-cv-06224-YGR

## ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS    [ ] Amended

FOR COURT USE ONLY

1. The [X] judgment creditor [ ] assignee of record applies for an abstract of judgment and represents the following:
   a. Judgment debtor's Name and last known address

   > Z & F Auto LLC
   > 2295 Story Rd., San Jose, California

   b. Driver's license no. [last 4 digits] and state:   [X] Unknown
   c. Social security no. [last 4 digits]:   [X] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address):*

   Z & F Auto LLC, 2295 Story Rd., San Jose, California

2. [ ] Information on additional judgment debtors is shown on page 2.
3. Judgment creditor *(name and address):*
   Scott Johnson C/O Mark Potter, 100 Pine St., Ste 1250, San Francisco, CA 94111

4. [ ] Information on additional judgment creditors is shown on page 2.
5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

Date: 02/15/2023

MArk Potter, Esq.
(TYPE OR PRINT NAME)

▶ *Mark Potter*
(SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed: $ 14700.00
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on *(date):* 8/11/2022
   b. Renewal entered on *(date):*
9. [ ] This judgment is an installment judgment.

10. [ ] An [ ] execution lien [ ] attachment lien is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of *(name and address):*

11. A stay of enforcement has
    a. [X] not been ordered by the court.
    b. [ ] been ordered by the court effective until *(date):*

12. a. [X] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.
    MARK B. BUSBY

[SEAL]

This abstract issued on *(date):* **February 16, 2023**

Clerk, by *Diane Miyashiro* , Deputy

| PLAINTIFF: Scott Johnson | COURT CASE NO.: |
|---|---|
| DEFENDANT: SYSK Investment, LLC, et al.; | 4:19-cv-06224-YGR |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*

14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address):*

17. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address):*

18. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address):*

19. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.

EJ-001 [Rev. July 1, 2014]     **ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**     Page 2 of 2